Barbara B. Maroney, Esq. #010995
LAW OFFICE OF BARBARA MARONEY, P.C.
29834 N. CAVE CREEK RD. #118/336
CAVE CREEK, AZ 85331
(602) 971-4440 TEL
(866) 375-7126 FAX
BBM@maroneylawfirm.com

Attorney for Plaintiff

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No.: 2:16-BK-09691 DPC |
| KEN VOLK, | |
| Debtor. | Chapter 13 |
| FRANK PANKOW, | |
| | Adv. Proc. No. 2:16-ap-00547 DPC |
| Plaintiff, | |
| V. | STIPULATED JUDGMENT OF NON-DISCHARGEABILITY |
| KEN VOLK, | |
| Defendant. | |

The Plaintiff Frank Pankow ("Pankow"), and the Debtor Ken Volk, by and through their respective counsel undersigned, having stipulated to the entry of judgment herein, and good cause appearing,

IT IS HEREBY ORDERED:

    A.    Defendant is indebted to the Plaintiff for services rendered in conjunction with a domestic support obligation in the amount of $10,000.00 (the "Claim");

    B.    Pankow's Claim is entitled to priority under Section 11 U.C.S. §507(a)(1)(A);

    C.    Defendant's obligation to pay the Claim is non-dischargeable pursuant to 11 U.S.C. §523(a)(5).

    DATED:_____

    _____
    HON. DANIEL P. COLLINS
    UNITED STATES BANKRUPTCY JUDGE

/ / /

STIPULATED AND AGREED:

LAW OFFICE OF BARBARA MARONEY, P.C.

/s/Barbara Maroney
Barbara B. Maroney
Attorney for Pankow

Charles Leftwich w/ per permission BBM
CHARLES M. LEFTWICH, JR.
LEFTWICH LAW